**Order entered October 24, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01166-CV

### JOHN GLAD, Appellant

### V.

### JAMES PATTERSON RAMSEUR GUARDIAN OF
### ESTATE OF JULIA DIXON RAMSEUR, Appellee

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-11-02022-1**

## ORDER

Before the Court are the following motions filed by appellant on October 21, 2013: (1) "Motion for Extension for Retrial Filing," (2) "Motion for Retrial Dismissal of Judgment and Attorney Sanction," (3) "Motion for Acceptance and Rehearing," and (4) "Motion for Retrial to Deny Judgment and Consolidate to Judicial Review."

We **GRANT** appellant's "Motion for extension for Retrial Filing" to the extent that appellant's remaining three October 21, 2013 motions are deemed timely filed. We construe these remaining motions collectively as appellant's motion for rehearing which will be decided in due course.

/s/      DAVID EVANS
             JUSTICE